IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | Criminal No. 3:09-00228 |
| | ) | Judge Trauger |
| ANTHONY RUCKER | ) | |
| | ) | |

## **O R D E R**

It is hereby **ORDERED** that the revocation hearing scheduled for November 13, 2012 at 2:00 p.m. is **RESET** for the same day at 3:00 p.m.

It is so **ORDERED**.

ENTER this 9th day of November 2012.

_____
ALETA A. TRAUGER
U.S. District Judge