IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:09-00228 |
| | ) | Judge Trauger |
| ANTHONY RUCKER | ) | |
| | ) | |

**O R D E R**

A revocation hearing was held on February 11, 2013. The defendant pled guilty to the five violations set out in the Superseding Petition, and the court finds those violations **ESTABLISHED**. It is hereby **ORDERED** that the defendant's supervised release is **REVOKED**, and he is sentenced to serve six (6) months in the custody of the Bureau of Prisons, with one (1) year of supervised release to follow. An additional special condition of his supervised release term shall be immediate placement in an inpatient drug treatment program upon release from Bureau of Prisons custody, to be followed by 90 days in a halfway house.

It is so **ORDERED**.

ENTER this 12th day of February 2013.

_____
ALETA A. TRAUGER
U.S. District Judge