PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee
## Report on Offender Under Supervision

Name of Offender: <u>Anthony Rucker</u>  Case Number:  <u>3:09-00228-01</u>

Name of Judicial Officer: <u>Honorable Aleta A. Trauger, U. S. District Judge</u>

Date of Original Sentence: <u>May 10, 2010</u>

Original Offense: <u>18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm</u>

Original Sentence: <u>Twenty-Four (24) months custody; followed by 2 years' supervised release</u>

Date of Revocation Sentence: <u>February 11, 2013</u>   Revocation Sentence: <u>6 months' custody; 1 year supervised release</u>

Type of Supervision: <u>Supervised Release</u>   Date Supervision Re-Commenced: <u>August 9, 2013</u>

Assistant U.S. Attorney: <u>To be Determined</u>   Defense Attorney: <u>Sumter L. Camp</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 22nd day of Aug, 2013, and made a part of the records in the above case.

_____
Honorable Aleta A. Trauger
U. S. District Court Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_Paul Montgomery_
U.S. Probation Officer
Paul Montgomery

Place   Nashville, Tennessee

Date   August 22, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

<u>Violation No.</u>  <u>Nature of Noncompliance</u>

<u>1.</u>          **<u>Shall not purchase, possess, use, distribute, or administer any controlled substance:</u>**

The defendant was released from the Bureau of Prisons on August 9, 2013, and was transported to Buffalo Valley, Inc. (BVI), on August 13, 2013, to receive inpatient drug treatment. A drug screen obtained at BVI on August 14, 2013, was positive for cocaine. The defendant admitted he used cocaine on the morning prior to going to BVI.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Rucker began this term of supervised release on August 9, 2013, following his release from the Bureau of Prisons. Mr. Rucker's previous term of supervised release was revoked on February 11, 2013, and he was Ordered to serve 6 months custody with the Bureau of Prisons, to be followed by one year of supervised release. An additional special condition of his supervised release required the defendant to be immediately placed in an inpatient drug treatment program.

The defendant was transported to Buffalo Valley, Inc.(BVI), on August 13, 2013, to begin his inpatient drug treatment. A drug screen obtained at the facility on August 14, 2013, confirmed positive for cocaine. A drug screen obtained on the date of Mr. Rucker's release from prison on August 9, 2013, was negative for illegal drugs. This obviously means the defendant chose to immediately violate his conditions of supervised release by engaging in the criminal act of using cocaine prior to his placement in inpatient drug treatment. When questioned about this positive screen, Mr. Rucker admitted he used powder cocaine on the morning he was transported to BVI. He stated the cocaine was left at his mother's residence prior to him going to prison in February 2013, on the supervised release violation.

It appears the defendant's desire to use cocaine and risk revocation of his supervised release outweighs his willingness to comply with the conditions of supervision imposed by the Court.

This officer has informed the defendant that future violations of his supervised release conditions may lead to revocation and him being returned to prison.

**U.S. Probation Officer Recommendation:**

At this time, the probation officer is requesting that no additional action be taken by the Court. The probation officer will keep the Court apprised of any further violations. Mr. Rucker is tentatively scheduled to complete the inpatient program at BVI on September 10, 2013.

The U. S. Attorney's Office has been advised of the above violations.

Approved: _____
W. Burton Putman
Supervisory U.S. Probation Officer