# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:09-00228 |
| ) | Judge Trauger |
| ANTHONY RUCKER ) | |

## O R D E R

The continuation of a revocation proceeding was held on April 29, 2014. The defendant has had five negative drug tests since the last hearing on April 14, 2014. He is to continue on the terms of his supervised release, with drug testings on Mondays and Fridays. A status hearing will be held on June 12, 2014 at 4:00 p.m.

It is so **ORDERED**.

ENTER this 30th day of April 2014.

_____
ALETA A. TRAUGER
U.S. District Judge