IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:09-00228 |
| | ) | Judge Trauger |
| | ) | |
| ANTHONY RUCKER | ) | |

**O R D E R**

The continuation of this revocation proceeding was held on June 12, 2014. The parties announced an agreed disposition that is acceptable to the court.

The defendant pled guilty to the four violations alleged in the Superseding Petition (Docket No. 76), and the court finds those violations **ESTABLISHED**. It is hereby **ORDERED** that the defendant's supervised release is **REVOKED**, effective immediately, and he is sentenced to the custody of the Bureau of Prisons until August 8, 2014, the date on which his supervised release term is to expire. No additional supervised release will follow this custody sentence.

It is so **ORDERED**.

ENTER this 12th day of June 2014.

_____
ALETA A. TRAUGER
U.S. District Judge